UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAUN CONROY,

Plaintiff,

v.

LINDA RIDGE,

Defendant.

Case No. C26-3095-JHC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff submitted an application to proceed *in forma pauperis* (IFP) in which he indicates he has no income, no sources of money, no cash on hand or money in checking or savings accounts, and no interest in any property. Dkt. 1. He appears to indicate that his spouse was employed up until August 31, 2026. *Id*. at 1. He also indicates he contributes $1000 a month towards supporting two dependents and has a total of $4,500 in other monthly expenses, including a mortgage, utilities, and food. *Id*. at 2. In explaining why he cannot pay court fees and costs, he states "24 . . . criminal cartels of Washington State bar members have tortured and bankrupted my family for the past 6 years." *Id*.

The Court is unable to consider Plaintiff's request to proceed IFP. Plaintiff must provide complete and detailed information as to his financial status and, if Plaintiff has no means of support, he must explain how he is able to meet basic monthly expenses, including, but not limited to, food and shelter. Plaintiff is therefore directed to submit a revised IFP application within **twenty (20) days** of the date of this Minute Order. Failure to comply with this directive may result in denial of the application to proceed IFP and/or dismissal of this matter.

Dated this 3rd day of September, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk